IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-1570-WDM-BNB

KEVIN LAVENT BROWN,

    Plaintiff,

v.

CAPT. BAY, *et al.*,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued July 19, 2005.  Plaintiff Kevin Brown has not filed objections to the recommendation and is not entitled to *de novo* review.  28 U.S.C. § 636(b).

I have reviewed the pertinent documents and conclude the recommendation should be accepted.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Boland on July 19, 2005, is accepted.

2. Defendant's motion for summary judgment, filed October 6, 2005 (Docket # 11), is granted.

3. Plaintiff's motion to amend, filed December 13, 2004 (Docket # 41), is denied.

4. Plaintiff's claims are dismissed with prejudice.

5. This case is dismissed on the grounds that it is frivolous for purposes of 28 U.S.C. § 1915(g).

DATED at Denver, Colorado, on August 15, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge